UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| D CARONDELET PROPERTIES, LLC | CIVIL ACTION |
| VERSUS | No. 22-4052 |
| INDEPENDENT SPECIALTY INSURANCE COMPANY AND/OR CERTAIN UNDERWRITERS AT LLOYD'S | SECTION: "J"(5) |

# ORDER

Before the Court is a *Motion to Compel Arbitration and to Stay or, Alternatively, Dismiss the Proceedings* **(Rec. Doc. 12)** filed by Defendants, Independent Specialty Insurance Company and Certain Underwriters at Lloyds, London and Other Insurers Subscribing to Binding Authority No. B605510568622021. Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition with citations of authorities be filed and served no later than eight (8) days before the noticed submission date. Defendants set the motion for submission on March 22, 2023. Plaintiff, however, has failed to file a timely opposition to the motion. It further appearing to the Court that the motion has merit,

**IT IS ORDERED** that Defendants' *Motion to Compel Arbitration and to Stay or, Alternatively, Dismiss the Proceedings* **(Rec. Doc. 12)** is **GRANTED**. The Clerk of Court shall **STAY and administratively close** this case, to be reopened, if necessary and upon written motion by a party, after arbitration is completed.

1

A motion for reconsideration of this Order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days.  The motion must be accompanied by an opposition memorandum to Defendants' *Motion to Compel Arbitration and to Stay or, Alternatively, Dismiss the Proceedings* **(Rec. Doc. 12).** Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration.  *See* Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 22nd day of March, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE