UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| D CARONDELET PROPERTIES, LLC | CIVIL ACTION |
| VERSUS | No. 22-4052 |
| INDEPENDENT SPECIALTY INSURANCE COMPANY AND/OR CERTAIN UNDERWRITERS AT LLOYD'S | SECTION: "J"(5) |

## ORDER

Considering the foregoing *Motion to Dismiss with Prejudice* **(Rec. Doc. 15)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and all claims in the above-captioned matter are **DISMISSED, with prejudice**, and with each party to bear their own costs.

New Orleans, Louisiana, this 12th day of April, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE